**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLOBAL DATA SERVICES, et al., | No. C 08-04821 CRB |
| Plaintiffs, | **ORDER GRANTING STIPULATION** |
| v. | |
| GARY LYNN HUTCHINGS, et al., | |
| Defendants. | |

The parties' stipulation filed December 22, 2008 is GRANTED.

**IT IS SO ORDERED.**

Dated: December 23, 2008

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2008\4821\ordererstiplulation.wpd