| | |
|---|---|
| 1 | BRIAN PEDERSEN, # 168107 |
| 2 | FLYNN-WILLIAMS, LLP |
| 3 | 1010 B Street, Suite 200 |
| 4 | San Rafael, CA 94901 |
| 5 | Telephone: (415) 461-1000 |
| 6 | Facsimile: (415) 482-9939 |
| 7 | e-mail: bpedersen@flynn-williams.com |
| 8 | Attorneys for Plaintiffs |
| 9 | Global Data Services, Inc. and Dominate Marketing, LLC |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

Global Data Services, Inc. and Dominate Marketing, LLC,

    Plaintiffs,

vs.

Gary Lynn Hutchings, Jeff L. Hutchings, Magazine Billing Services, Inc., a dissolved Nevada corporation; Publishers Billing Services, Inc. a dissolved Nevada corporation; Periodical Billing Services, Inc., a dissolved Nevada corporation; Circulation Billing Services, Inc., a dissolved Wyoming Corporation; Billing Services of America, Inc., a suspended California corporation, and Readers Billing Services, Inc., a dissolved Idaho corporation; and Does 1 through 100, inclusive,

    Defendants.

Civil Action No.: C 08 4821 CRB

STIPULATION AND CONSENT FOR SUBSTITUTION OF COUNSEL

IT IS HEREBY STIPULATED, CONSENTED AND AGREED, that Plaintiffs Global Data Services, Inc. and Dominate Marketing, LLC hereby substitute Flynn-Williams, LLP as its attorneys of record in this action, as co-counsel with David P. Lennon of Lennon & Klein, P.C. who will be seeking *pro hac vice* admission, in the place of Maximilian Hopkins, Esq.

Dated: March 12, 2009

| | OUTGOING COUNSEL FOR PLAINTIFFS | INCOMING COUNSEL FOR PLAINTIFFS |
|---|---|---|
| 1 | | |
| | | FLYNN-WILLIAMS, LLP |
| 2 | *[signature]* | By: *[signature]* |
| 3 | MAXIMILIAN HOPKINS, ESQ. | Brian Pedersen |
| 4 | P.O. Box 577 | 1010 B Street, Suite 200 |
| 5 | Novato, CA 94948 | San Rafael, CA 94901 |
| 6 | (415) 203-4940 | (415) 461-1000 |
| 7 | Fax: (415) 898-7131 | Fax: (415) 482-9939 |

8
9  WE CONSENT TO THE ABOVE SUBSTITUTION OF COUNSEL:

10  GLOBAL DATA SERVICES, INC., Plaintiff     DOMINATE MARKETING, LLC, Plaintiff

11  By: *[signature]*                          By: *[signature]*
12  Tracy Cave, President                      Tracy Cave, President
13  Dated: 03/11/09                            Dated: 03/11/09

14  SO ORDERED:

15  _____
16  CHARLES R. BREYER
17  UNITED STATES DISTRICT [JUDGE]

*[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Charles R. Breyer]*

18  Dated: March 13, 2009

---

STIPULATION AND CONSENT FOR SUBSTITUTION OF COUNSEL (Civil Action No.: C 08 4821 CRB)