UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLOBAL DATA SERVICES, INC., et al., | Civil Action No.: C 08-4821 CRB |
| Plaintiffs, | Judicial Officer: Charles R. Breyer |
| vs. | ORDER GRANTING STIPULATION TO WITHDRAW PLAINTIFFS' MOTION FOR REMAND |
| GARY LYNN HUTCHINGS, et al. | |
| Defendants. | |

The parties' stipulation filed March 12, 2009, is GRANTED.

IT IS SO ORDERED.

Date:   March 13, 2009

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED*
*Judge Charles R. Breyer*

M:\1Client Files\1 Client Files\Hutchings\GDS\Pleadings - USDC\Order Granting Stip to Withdraw P's Mot Remand.doc

---

1

ORDER GRANTING WITHDRAWAL OF PLAINTIFFS' MOTION FOR REMAND
(Case No. No. C 08 4821 CRB)