UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GLOBAL DATA SERVICES, INC., et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> vs. ) <br> ) <br> GARY LYNN HUTCHINGS, et al. ) <br> ) <br> Defendants. ) <br> ) | Civil Action No.:  C 08-4821 CRB <br> Judicial Officer:  Charles R. Breyer <br> <br> ORDER GRANTING STIPULATION <br> CONTINUING INITIAL CASE <br> MANAGEMENT CONFERENCE |

The parties' stipulation filed March 12, 2009, is GRANTED.

IT IS SO ORDERED.

Date:   March 13, 2009

_____
IT IS SO ORDERED
Judge Charles R. Breyer

M:\1Client Files\1 Client Files\Hutchings\GDS\Pleadings - USDC\Order Continuing Hearing.doc

1

ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE
(Case No. No. C 08 4821 CRB)