UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Global Data Services, Inc.
and Dominate Marketing, LLC,

        Plaintiff(s),

v.

Gary Lynn Hutchings, Jeff L. Hutchings, et al.,

        Defendant(s).

CASE NO. C 08 4821 CRB

~~(Proposed)~~
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY
*PRO HAC VICE*

    David P. Lennon, an active member in good standing of the bar of the State of New York (particular court to which applicant is admitted) whose business address and telephone number is Lennon & Klein, P.C., 245 Park Ave., 39th floor, New York, NY 10167, 212-465-2020, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiffs.

    IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated:



United States Judge
Hon. Charles R. Breyer

IT IS SO ORDERED
Judge Charles R. Breyer