1  BRIAN PEDERSEN, # 168107
   FLYNN-WILLIAMS, LLP
2  1010 B Street, Suite 200
   San Rafael, CA 94901
3  Telephone: (415) 461-1000
   Facsimile: (415) 482-9939
4  e-mail: bpedersen@flynn-williams.com

5  Attorneys for Plaintiffs
   Global Data Services, Inc. and Dominate Marketing, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Global Data Services, Inc. and Dominate Marketing, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>Gary Lynn Hutchings, Jeff L. Hutchings, Magazine Billing Services, Inc., a dissolved Nevada corporation; Publishers Billing Services, Inc. a dissolved Nevada corporation; Periodical Billing Services, Inc., a dissolved Nevada corporation; Circulation Billing Services, Inc., a dissolved Wyoming Corporation; Billing Services of America, Inc., a suspended California corporation, and Readers Billing Services, Inc., a dissolved Idaho corporation; and Does 1 through 100, inclusive,<br><br>Defendants. | Civil Action No.:  C 08 4821 CRB<br>Judicial Officer:  Charles R. Breyer<br><br><br><br>STIPULATION AND ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE<br><br>Civil L.R. 6-2; 7-12<br><br><br>Date:  May 29, 2009<br>Time:  10:00 a.m.<br>Dept.:  8, U.S.D.C. San Francisco |

Plaintiffs Global Data Services, Inc. and Dominate Marketing, LLC and Defendant Jeff L. Hutchings, submit the following stipulation.

WHEREAS, by agreement of the parties and prior order of this Court, the Court has scheduled an Initial Case Management Conference on May 29, 2009; and

WHEREAS, Defendant Gary Lynn Hutchings has accepted service of the summons and complaint, but has not yet filed a responsive pleading; and

1

STIPULATION AND ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE
(Case No. No. C 08 4821 CRB)

WHEREAS, the parties have met and conferred regarding initial disclosures, early settlement, ADR process selection and formulating a discovery plan pursuant to FRCivP Rule 26(f) and ADR L.R. 3-5, but have not yet filed their Rule 26 report; and

WHEREAS, the parties have agreed, by separate stipulation previously filed, to the withdrawal of Plaintiffs' motion to remand and there are no other pending motions; and

WHEREAS, Plaintiffs have substituted new local counsel to represent them and their corporate counsel, who is situated in New York, has been admitted as counsel *pro hac vice* to this Court; and

WHEREAS, the parties have produced certain documents in connection with an attempt to resolve the action, and

WHEREAS, the parties are discussing the production of additional documents in connection with an attempt to resolve the action, and

WHEREAS, after the production of additional documents in connection with the attempts to settle, the parties intend to meet in an attempt to resolve the action which meeting is expected to take place in California within the next 60 days,

IT IS THEREFORE STIPULATED between the parties, by and through their respective counsel, as follows:

1. The Initial Case Management Conference is continued to 8:30 a.m. on July 31, 2009, at the above-entitled court, located at 450 Golden Gate Avenue, San Francisco, California, Courtroom 8, 19th Floor.

2. The parties shall e-file a Rule 26(f) Report, complete initial disclosures or state objections in their Rule 26(f) Report and e-file a Joint Case Management Statement, pursuant to FRCivP 26(a)(1) and Civil L.R. 16-9, no later than July 24, 2009.

Dated: May 21, 2009

FLYNN/WILLIAMS LLP

_____
BRIAN PEDERSEN
Local Counsel for Plaintiffs Global Data
Services, Inc. and Dominate Marketing, LLC

Dated: May 21, 2009                                                DUGGAN SMITH LLP


                                                                   _____/ s /_____
                                                                   JANE E. HEATH
                                                                   Attorneys for Defendant Jeff L. Hutchings



ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: _____May 27, 2009_____           _____
                                       Charles S. Breyer
                                       United States District Judge

IT IS SO ORDERED
Judge Charles R. Breyer

M:\1Client Files\1 Client Files\Hutchings\GDS\Pleadings - USDC\Stip Cont Hrng.3.doc