JANE E. HEATH, # 238520
DUGGAN SMITH LLP
979 Osos Street, Suites E & F
Post Office Box 15139
San Luis Obispo, California 93406
Telephone: (805) 546-2060
Facsimile: (805) 546-8865
e-mail  jeh@dshlawfirm.com

Attorneys for Defendant
Jeff L. Hutchings

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Global Data Services, Inc. and Dominate Marketing, LLC,<br><br>　　　　　　Plaintiffs,<br>　　vs.<br><br>Gary Lynn Hutchings, Jeff L. Hutchings, Magazine Billing Services, Inc., a dissolved Nevada corporation; Publishers Billing Services, Inc. a dissolved Nevada corporation; Periodical Billing Services, Inc., a dissolved Nevada corporation; Circulation Billing Services, Inc., a dissolved Wyoming Corporation; Billing Services of America, Inc., a suspended California corporation, and Readers Billing Services, Inc., a dissolved Idaho corporation; and Does 1 through 100, inclusive,<br><br>　　　　　　Defendants. | Civil Action No.   C 08 4821 CRB<br>Judicial Officer·   Charles R. Breyer<br><br><br>STIPULATION AND ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE<br><br>Civil L.R. 6-2; 7.12<br><br><br>Date:   July 31, 2008<br>Time:   8:30 a.m.<br>Dept.:   8, U.S.D.C. San Francisco |

　　　　Plaintiffs Global Data Services, Inc. and Dominate Marketing, LLC and Defendant Jeff L. Hutchings, submit the following stipulation.

　　　　WHEREAS, by agreement of the parties and prior order of this Court, the Court has scheduled an Initial Case Management Conference on July 31, 2009; and

　　　　WHEREAS, Defendant Gary Lynn Hutchings accepted service of the summons and complaint, but has not yet filed a responsive pleading, and

WHEREAS, the parties have met and conferred regarding initial disclosures, early settlement, ADR process selection and formulating a discovery plan pursuant to FRCivP Rule 26(f) and ADR L.R. 3-5, but have not yet filed their Rule 26 report; and

WHEREAS, documents have been provided informally in an attempt to resolve the matter, but several challenges concerning electronic documents and compatibility issues have delayed that process beyond what was initially contemplated, and

WHEREAS, the document issues have apparently been resolved and the parties plan to meet in person the week of September 14, 2009 to discuss resolving the matter;

IT IS THEREFORE STIPULATED between the parties, by and through their respective counsel, as follows:

1    The Initial Case Management Conference is continued to 8:30 a.m. on October 30, 2009, at the above-entitled court, located at 450 Golden Gate Avenue, San Francisco, California, Courtroom 8, 19th Floor

2.    The parties shall e-file a Rule 26(f) Report, complete initial disclosures or state objections in their Rule 26(f) Report and e-file a Joint Case Management Statement, pursuant to FRCivP 26(a)(1) and Civil L.R. 16-9, no later than October 23, 2009

Dated.  July 22, 2009                             DUGGAN SMITH LLP

JANE E. HEATH
Attorneys for Defendant Jeff L. Hutchings

*Signatures continue*

---

2

STIPULATION AND ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE
(Case No. No. C 08 4821 CRB)

Dated: July 22, 2009

LENNON & KLEIN, P.C.

_____
DAVID P LENNON
Counsel for Plaintiffs Global Data Services, Inc.
and Dominate Marketing, LLC
Admitted *Pro Hac Vice*

FLYNN/WILLIAMS LLP
BRIAN PEDERSEN
Local Counsel for Plaintiffs Global Data
Services, Inc. and Dominate Marketing, LLC

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: _July 24, 2009_____          _____
                                     Charles S. Breyer
                                     United States District Judge

M:\1Client Files\1 Client Files\Hutchings\GDS\Pleadings   USDC\Stip Cont Hrng.4.doc

JANE E. HEATH, # 238520
DUGGAN SMITH LLP
979 Osos Street, Suites E & F
Post Office Box 15139
San Luis Obispo, California 93406
Telephone: (805) 546-2060
Facsimile: (805) 546-8865
e-mail  jeh@dshlawfirm.com

Attorneys for Defendant
Jeff L. Hutchings

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Global Data Services, Inc. and Dominate Marketing, LLC,<br><br>                Plaintiffs,<br>vs.<br><br>Gary Lynn Hutchings, Jeff L. Hutchings, Magazine Billing Services, Inc., a dissolved Nevada corporation; Publishers Billing Services, Inc. a dissolved Nevada corporation, Periodical Billing Services, Inc., a dissolved Nevada corporation; Circulation Billing Services, Inc., a dissolved Wyoming Corporation; Billing Services of America, Inc., a suspended California corporation, and Readers Billing Services, Inc., a dissolved Idaho corporation, and Does 1 through 100, inclusive,<br><br>                Defendants. | Civil Action No.: C 08 4821 CRB<br>Judicial Officer: Charles R. Breyer<br><br><br>DECLARATION OF JANE E. HEATH IN SUPPORT OF STIPULATION CONTINUING INITIAL CASE MANAGEMENT CONFERENCE<br><br>Civil L.R. 6-2(a)<br><br><br>Date:  July 31, 2009<br>Time:  8.30 a.m.<br>Dept.:  8, U.S.D.C. San Francisco |

I, Jane E. Heath, declare as follows:

    1.    I am an attorney at law, licensed to practice in the courts of the State of California, and admitted to practice before this Court. I am a partner in the law firm of Duggan Smith LLP, attorneys for Defendant Jeff L. Hutchings. I have personal knowledge of the following facts and would testify competently thereto if called as a witness.

1

2. As of the date of this declaration, I have accepted service on behalf of Defendant Gary Hutchings, but he has not yet appeared in the action.

3 As set forth in the accompanying Stipulation and Order Continuing Initial Case Management Conference, all parties agree it would be advantageous to continue the pending Initial Case Management Conference (currently scheduled for July 31, 2009) until a date in October following a meeting of the parties which is expected to occur the week of September 14, 2009.

4. There have been two prior time modifications requested by the parties in this matter Documents have been provided informally in an attempt to resolve the matter   Several challenges concerning electronic documents and compatibility issues have delayed that process beyond what was initially contemplated.  Those issues have apparently been resolved and the parties plan to meet in person the week of September 14, 2009 to discuss resolving the matter

5 The only effect the requested time modification would have on the schedule for this case is to delay the Initial Case Management Conference and attendant filings by approximately an additional 90 days.

I declare under penalty of perjury under the laws of the State of California and the United States of America that the foregoing is true and correct and this declaration is executed on July 22, 2009, at San Luis Obispo, California.

_____
JANE E. HEATH

M:\1Client Files\1 Client Files\Hutchings\GDS\Pleadings   USDC\Stip Cont Hrng.4   Decl JEH.doc