BRIAN PEDERSEN, # 168107
FLYNN-WILLIAMS, LLP
1010 B Street, Suite 200
San Rafael, CA 94901
Telephone: (415) 461-1000
Facsimile: (415) 482-9939
e-mail: bpedersen@flynn-williams.com

Attorneys for Plaintiffs
Global Data Services, Inc. and Dominate Marketing, LLC

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Global Data Services, Inc. and Dominate Marketing, LLC,<br><br>Plaintiffs,<br><br>vs.<br><br>Gary Lynn Hutchings, Jeff L. Hutchings, Magazine Billing Services, Inc., a dissolved Nevada corporation; Publishers Billing Services, Inc. a dissolved Nevada corporation; Periodical Billing Services, Inc., a dissolved Nevada corporation; Circulation Billing Services, Inc., a dissolved Wyoming Corporation; Billing Services of America, Inc., a suspended California corporation, and Readers Billing Services, Inc., a dissolved Idaho corporation; and Does 1 through 100, inclusive,<br><br>Defendants. | Civil Action No.: C 08 4821 CRB<br>Judicial Officer: Charles R. Breyer<br><br><br><br>STIPULATION OF DISMISSAL WITH PREJUDICE AND WITHOUT FEES OR COSTS PURSUANT TO FED. R. CIV. PRO. 41(a)(1)(A)(ii) |

Plaintiffs Global Data Services, Inc. and Dominate Marketing, LLC and Defendant Jeff L. Hutchings, submit the following stipulation.

WHEREAS, Defendant Gary Lynn Hutchings has accepted service of the summons and complaint, but has not yet filed a responsive pleading; and

WHEREAS, no other party has appeared in this action; and

WHEREAS, the parties to this action have resolved the action,

IT IS THEREFORE STIPULATED between the parties, by and through their respective counsel, that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed with prejudice and without costs as to any party as against the other.

Dated: October 30, 2009

FLYNN/WILLIAMS LLP

BRIAN PEDERSEN
Local Counsel for Plaintiffs Global Data Services, Inc. and Dominate Marketing, LLC

Dated: October 29, 2009

DUGGAN SMITH LLP

JANE E. HEATH
Attorneys for Defendant Jeff L. Hutchings



IT IS SO ORDERED
Judge Charles R. Breyer